IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BARBARA FREEMAN,

    Plaintiff,

v.                                            CASE NO. 1:06-cv-00216-MP-MD

MICHAEL J ASTRUE,
JO ANNE B BARNHART,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 20, Report and Recommendation of the Magistrate Judge, recommending that the decision of the Commissioner denying benefits be affirmed. The time for filing objections has passed and none have been filed. The Court agrees with the Magistrate Judge that substantial evidence exists to support the decision below that plaintiff's mental and physical condition did not prevent her from carrying out her past relevant work as a custodian. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. The decision of the Commissioner is AFFIRMED, this action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this *4th* day of January, 2008

                                      *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge